SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 MAR 19 PM 4: 43

O. THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR102 |
| vs. | INDICTMENT |
| KIA LATRICE BOOKER, and<br>CHYNEICE RICHIE, | 21 U.S.C. § 843(a)(3) |
| Defendants. | |

The Grand Jury Charges:

## COUNT I

From on or about May, 2018, through July, 2018, in the District of Nebraska, the defendants, KIA LATRICE BOOKER and CHYNEICE RICHIE, knowingly and intentionally obtained promethazine [with codine], a Schedule V controlled substance, by misrepresentation, fraud, forgery, deception, or subterfuge, to wit: forging prescriptions.

In violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant United States Attorney