IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                        **8:19CR102**

          vs.

                                                                      **ORDER**

KIA LATRICE BOOKER

                    Defendant.

          This matter is before the court on that the defendant's Unopposed Motion to Continue Trial [18]. Counsel is seeking additional time to review discovery and confer with the defendant. For good cause shown,

          **IT IS ORDERED** that defendant's Unopposed Motion to Continue Trial [18] is granted as follows:

1. The jury trial, now set for October 8, 2019, is continued to **January 7, 2020**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 7, 2020** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 4th day of October 2019.

                              BY THE COURT:

                              s/Susan M. Bazis
                              United States Magistrate Judge